UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
ALLSTATE INSURANCE COMPANY,         )
                                    )   Cause No. C08-0960RSL
                Plaintiff,          )
         v.                         )
                                    )   ORDER TO SHOW CAUSE
JANIE HENDRIX, *et al.*,            )
                                    )
                Defendants.         )
_____)

This matter comes before the Court *sua sponte*. On November 18, 2008, plaintiff filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 19). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures" (Dkt. # 5) and "Minute Order Setting Trial & Related Dates" (Dkt. # 12). Plaintiff shall immediately deliver a paper copy of the documents filed on November 18, 2008, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for December 5, 2008.

ORDER TO SHOW CAUSE

1         Dated this 25th day of November, 2008.

2

3                        */s/ Robert S. Lasnik*
                        Robert S. Lasnik

4                         United States District Judge